IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 10-cv-02614-CMA-KLM

ASPEN HGI, LLC, a Delaware limited liability company,

    Plaintiff,

v.

LIFECLINIC INTERNATIONAL, INC., a Maryland corporation,

    Defendant.

## ORDER FOR DEFAULT JUDGMENT

This matter is before the Court on Plaintiff's Motion for Default Judgment (Doc. # 11). The Court having fully considered the merits of Plaintiff's Motion, and for good cause shown, FINDS that Plaintiff has succeeded in showing that:

1. This Court has personal jurisdiction over all the parties.

2. This Court has jurisdiction over the subject matter of this action.

3. Plaintiff is the sole owner and holder of a December 31, 2010 secured Promissory Note (the "Note") executed by Defendant in the original principal amount of $968,800.00.

4. The principal balance was payable by Defendant in two installments: (a) on or before January 29, 2010, an amount not less than $170,320.00; and (b) on or before March 31, 2010, the remainder of the principal balance, together with accrued interest.

5. On or around February 16, 2010, Defendant made its first payment under the terms of the Note in the amount of $170,320.00.

6. Defendant did not make its second payment on or before March 31, 2010, thereby creating an Event of Default under the terms of the Note.

7. Defendant has not made any further payment.

8. With the inclusion of accrued interest as provided for in the Note, the amount Defendant owes Plaintiff as of December 15, 2010 is $966,322.20. Default interest continues to accrue daily at a rate of twenty-four percent (24.00%) per annum, compounded monthly.

9. The Parties' contractual agreements provide for recovery by Plaintiff of its reasonable attorneys' fees and costs and expenses incurred in enforcing the Note.

10. The costs and attorneys' fees expended by in connection with this matter are reasonable under the circumstances, as evidenced by the declaration of counsel for Plaintiff.

THEREFORE, IT IS HEREBY ORDERED that:

Default Judgment is GRANTED in favor of Plaintiff and against Defendants on Count 1 of Plaintiff's Complaint;

Plaintiff is awarded $966,322.20 against Defendant as compensable damages under the terms of the Note;

Plaintiff is further awarded its reasonable attorneys' fees and costs and expenses incurred in bringing and maintaining this action, as expressly provided in the Note, in the amount of $17,670.48 against Defendant; and

All remaining Counts in Plaintiff's Complaint are hereby DISMISSED WITHOUT PREJUDICE.

DATED: January  25 , 2011

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge